IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

FILED
04 MAY -7 PM 1:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
MAY 11 2004
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| OLIVIA STANDIFER,<br>Individually and on behalf of all<br>Persons similarly situated,<br>    Plaintiff,<br><br>VS.<br><br>FRANKLIN COLLECTION<br>SERVICES, INC.,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§ CASE NO. CV02-HGD-0446-W<br>§ GRANTED<br>§<br>§<br>§ |

_____ May 11, 2004
U.S. MAGISTRATE JUDGE    DATE

**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT AGREEMENT AND NOTICE TO THE CLASS**

Plaintiff **OLIVIA STANDIFER Individually and on behalf of all Persons similarly situated** ("Plaintiff") and Defendant **FRANKLIN COLLECTION SERVICES, INC.** ("Defendant") respectfully request that the Court enter an order granting preliminary approval of the Class Settlement Agreement attached hereto as <u>Appendix A</u>. In support of this motion, the parties state as follows:

    1.    Plaintiff filed the above captioned lawsuit alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the federal Truth-in Lending-Act, 15 U.S.C. §1638 *et seq*. and 12 C.F.R. §§ 226.4 and 226.18 ("Regulation Z"). Specifically, Plaintiff alleged that a debt collection letter mailed by Defendant to Plaintiff and the putative class was false and misleading, in violation of §1692e. *See, Miller v. McCalla Raymer, Padrick, Cobb, Nichols and Clark, LLC*, 214 F.3d 872 (7th Cir. 2000).

1

